SAMUEL J. TANKOOS and H. CLAYTON SMITH, Copartners, etc., Respondents,

v. SAMUEL ZISES, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky and Hagarty, JJ.